UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTER KRAMER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COLLINS PINE COMPNAY, et al.,<br><br>　　　　Defendants. | No. 2:18-cv-2132 KJM CKD<br><br><br>ORDER |

In an order filed by the court on August 3, 2018, a status conference was set for December 13, 2018, and the parties were instructed to file a joint status report at least seven (7) days prior to the conference. The parties filed their joint status report on November 20, 2018, but there was no appearance by defendant's counsel at the December 13 conference.

Accordingly, defendant's counsel is ordered to show cause within seven (7) days of this order, why counsel should not be sanctioned in the amount of $250.00 for failing to appear.

DATED: December 20, 2018.

_____
UNITED STATES DISTRICT JUDGE

1